United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01687-HWV |
| Jacquelyn M. Hostler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 20, 2023 | Form ID: ntnew341 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn M. Hostler, 521 Ash Street, Marysville, PA 17053-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5556621 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 20 2023 18:46:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 5556622 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 19:01:28 | Citibank NA, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 5556623 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 20 2023 18:46:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 5556624 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 20 2023 18:46:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5556625 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 20 2023 18:46:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5556626 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2023 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5556627 | ^ | MEBN | Sep 20 2023 18:40:18 | KML Law Group, P.C., Attn: Danielle M. DiLeva, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5567053 | + | Email/Text: Unger@Members1st.org | Sep 20 2023 18:46:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5556628 | + | Email/Text: Unger@Members1st.org | Sep 20 2023 18:46:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5566176 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5556629 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 18:46:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5556630 | + | Email/PDF: ebnotices@pnmac.com | Sep 20 2023 19:01:24 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5567180 | + | Email/PDF: ebnotices@pnmac.com | Sep 20 2023 18:50:24 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5556631 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 20 2023 18:45:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Debtor 1 Jacquelyn M. Hostler jkj@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;rec@cclawpc.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jacquelyn M. Hostler,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−01687−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: November 9, 2023<br><br>Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 20, 2023 |

ntnew341 (09/23)