United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 23-02015-MJC

John Edward Sabol                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                    Page 1 of 1

Date Rcvd: Nov 28, 2023                   Form ID: pdf010                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

**Recip ID**                    **Recipient Name and Address**
                      +   Triangle Press, Inc., Attn: Payroll Department, 6720 Allentown Boulevard, Harrisburg, PA 17112-3375

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed
below:**

**Name**                        **Email Address**

Denise E. Carlon
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                        TWecf@pamd13trustee.com

Paul Donald Murphy-Ahles
                        on behalf of Debtor 1 John Edward Sabol pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee
                        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

|  |  |
|---|---|
| John Edward Sabol | **Chapter** 13 |
| **Debtor 1** | **Case No.** 5:23-BK-02015-MJC |
|  | **Matter:** Motion for Wage Attachment Order |

### ORDER

UPON CONSIDERATION of the above-referenced Debtor having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, **IT IS HEREBY ORDERED** that until further Order of this Court, the entity from whom Debtor 1, John Edward Sabol, receives income from:

**Triangle Press, Inc.**
**Attn: Payroll Department**
**6720 Allentown Boulevard**
**Harrisburg, PA 17112**

should deduct from said Debtor 1's income the sum of **$607.85** from each **weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

**Jack N. Zaharopoulos, Esquire**
**Standing Chapter 13 Trustee**
**PO Box 6008**
**Memphis, TN 38101-6008**

**IT IS FURTHER ORDERED** that the entity from whom Debtor 1 receives income shall notify the Standing Chapter 13 Trustee if Debtor 1's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the Bankruptcy Case Number and the name of the Debtor on all checks being forwarded to the Standing Chapter 13 Trustee to ensure proper accounting of the funds.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 27, 2023