# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Edward Sabol<br>　　　　　　　　Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>John Edward Sabol<br>　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　　　Trustee | BK NO. 23-02015 MJC<br><br>CHAPTER 13 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Response to Motion for Sale of Property Free and Clear of Liens of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **December 14, 2023**.

Dated: January 9, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Edward Sabol<br>**Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>**Movant**<br>vs.<br><br>**John Edward Sabol**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | BK NO. 23-02015 MJC<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**
**PRAECIPE TO WITHDRAW**
**RESPONSE TO MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 9, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
John Edward Sabol
752 Forest Lane
Pottsville, PA 17901

Attorney for Debtor(s)
Paul Donald Murphy-Ahles, Esq.
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: January 9, 2024

    */s/ Michael P. Farrington*
    Michael P. Farrington Esq.
    Attorney I.D. 329636
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    (215) 825-6488
    mfarrington@kmllawgroup.com