**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| John Edward Sabol<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 5:23-BK-02015-MJC |
|---|---|

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| **FROM:**<br><br>John Edward Sabol<br>752 Forest Lane<br>Pottsville, PA 17901 | **TO:**<br><br>John Edward Sabol<br>227 South Street<br>Minersville, PA 17954 |
|---|---|

Date: January 19, 2024

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*