DocuSign Envelope ID: A39D43D4-D575-422B-81C6-ABE54E261097

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN |
|---|---|
| | 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. |
| | 6. FILE NUMBER: 20230180 |
| | 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98   (20230180 / 27)

| D. NAME AND ADDRESS OF BUYER: Scott Landmesser and Gracey Long | E. NAME AND ADDRESS OF SELLER: John E. Sabol 752 Forest Lane Pottsville, PA 17901 | F. NAME AND ADDRESS OF LENDER: N/A |
|---|---|---|
| G. PROPERTY LOCATION: 752 Forest Lane Pottsville, PA 17901 Schuylkill County, Pennsylvania | H. SETTLEMENT AGENT: Dethlefs-Pykosh Law Group, LLC PLACE OF SETTLEMENT: 111 East Market Street Orwigsburg, PA 17961 | I. SETTLEMENT DATE: January 19, 2024 DISBURSEMENT DATE: January 19, 2024 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 146,000.00 | 401. Contract sales price | 146,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | 3,598.70 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. School Taxes  01/19/24-06/30/24 | 712.51 | 409. School Taxes  01/19/24-06/30/24 | 712.51 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | 150,311.21 | **420. GROSS AMOUNT DUE TO SELLER** | 146,712.51 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 2,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 11,735.43 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan  ESTIMATED | 132,873.37 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Dep. retained by Berkshire Hathaway Home$ | 2,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes  01/01/24 to 01/19/24 | 35.69 | 511. County taxes  01/01/24 to 01/19/24 | 35.69 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | 2,035.69 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 146,644.49 |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from Buyer (Line 120) | 150,311.21 | 601. Gross amount due to Seller (Line 420) | 146,712.51 |
| 302. Less amount paid by/for Buyer (Line 220) | ( 2,035.69) | 602. Less reductions due Seller (Line 520) | ( 146,644.49) |
| 303. CASH FROM BUYER | 148,275.52 | 603. CASH TO SELLER | 68.02 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Buyer _____  Seller _____
Scott Landmesser                John E. Sabol

_____
Gracey Long

| L. SETTLEMENT CHARGES | | | | |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price  $ 146,000.00 @ 6.0000 %  8,760.00 | | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| *Division of Commission (line 700) as Follows:* | | | | |
| 701. $ 4,380.00 to Berkshire Hathaway HomeServices Homesale Realty | Less Deposit Retained | 2,000.00 | | |
| 702. $ 4,380.00 to RealtyMark Associates | | | | |
| 703. Commission Paid at Settlement | | | | 6,760.00 |
| 704. See additional 704 items to | | POC 2,000.00 | 625.00 | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee % to | | | | |
| 802. Loan Discount % to | | | | |
| 803. Appraisal fee to | | | | |
| 804. Credit report to | | | | |
| 805. Lender's inspection fee to | | | | |
| 806. Mortgage insurance application fee to | | | | |
| 807. Assumption fee to | | | | |
| 808. to | | | | |
| 809. to | | | | |
| 810. to | | | | |
| 811. to | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 01/19/24 to 02/01/24 @ $ /day ( 13 days %) | | | | |
| 902. Mortgage insurance premium for month to | | | | |
| 903. Hazard insurance premium for year to | | | | |
| 904. for year to | | | | |
| 905. to | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard insurance Months @ $ per Month | | | | |
| 1002. Mortgage insurance Months @ $ per Month | | | | |
| 1003. City property taxes Months @ $ per Month | | | | |
| 1004. County taxes Months @ $ per Month | | | | |
| 1005. Annual assessments Months @ $ per Month | | | | |
| 1006. Months @ $ per Month | | | | |
| 1007. Months @ $ per Month | | | | |
| 1008. Months @ $ per Month | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee to | | | | |
| 1102. Courier fee to Dethlefs-Pykosh Law Group, LLC | | | | |
| 1103. Electronic fee to Dethlefs-Pykosh Law Group, LLC | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to Dethlefs-Pykosh Law Group, LLC | | | | 175.00 |
| 1106. Notary fees to Paul D. Murphy-Ahles | | | 10.00 | |
| 1107. Attorney's fees to Dethlefs-Pykosh Law Group, LLC Bankruptcy Representation | | | | 2,000.00 |
| (includes above item numbers: ) | | | | |
| 1108. Owner's policy premium to Dethlefs-Pykosh Law Group, LLC | | | 1,287.20 | |
| $1094.12 to Dethlefs-Pykosh Law Group, LLC, $193.08 to Fidelity National Title Insurance Company | | | | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's coverage | | | | |
| 1110. Owner's coverage $ 146,000.00 1,287.20 | | | | |
| 1111. Wire fee to Dethlefs-Pykosh Law Group, LLC | | | 15.00 | |
| 1112. Tax/utility certification to Dethlefs-Pykosh Law Group, LLC | | | | 50.00 |
| 1113. to | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording fees: Deed $ 96.75; Mortgage ; Releases | | | 96.75 | |
| 1202. City/County tax/stamps: Deed $ 1,460.00; Mortgage | | | 1,460.00 | |
| 1203. State tax/stamps: Deed $ 1,460.00; Mortgage | | | | 1,460.00 |
| 1204. Erecording fee to Simplifile | | | 4.75 | |
| 1205. to | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Notary fee to Donna Stinson | | | | 25.00 |
| 1302. Water service to Blythe Township Water Authority | | | 100.00 | 158.00 |
| 1303. Sewer service to Schuylkill County Municipal Authority | | | | 1,107.43 |
| 1304. to | | | | |
| 1305. to | | | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | 3,598.70 | 11,735.43 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Printed on 01/19/24 at 8:03:11AM  20230180/27
HUD-1, Page 2

# HUD-1, Attachment

|  |  |  |  |
|---|---|---|---|
| **Buyer:** | Scott Landmesser and Gracey Long | **Seller:** | John E. Sabol<br>752 Forest Lane<br>Pottsville, PA 17901 |
| **Lender:** | | | |
| **Settlement Agent:** | Dethlefs-Pykosh Law Group, LLC<br>(717) 975-9446 | | |
| **Place of Settlement:** | 111 East Market Street<br>Orwigsburg, PA 17961 | | |
| **Settlement Date:** | January 19, 2024 | | |
| **Disbursement Date:** | January 19, 2024 | | |
| **Property Location:** | 752 Forest Lane<br>Pottsville, PA 17901<br>Schuylkill County, Pennsylvania | | |

## Payoffs

| Payee/Description | Note/Ref. No. | Buyer | Seller |
|---|---|---:|---:|
| M&T Bank | | | 132,873.37 |
|     Payoff of first mortgage loan | ESTIMATED | | |
| Loan Payoff | 0.00 | | |
|     Total Payoff | 132,873.37 | | |

_____  
Scott Landmesser

_____  
Gracey Long

_____  
John E. Sabol

DocuSign Envelope ID: A39D43D4-D575-422B-81C6-ABE54E261097

# Order Balance Sheet

**Buyer:** Scott Landmesser and Gracey Long
**Seller:** John E. Sabol
**Lender:**
**Settlement Agent:** Dethlefs-Pykosh Law Group, LLC
(717) 975-9446
**Place of Settlement:** 111 East Market Street
Orwigsburg, PA 17961
**Settlement Date:** January 19, 2024
**Disbursement Date:** January 19, 2024
**Property Location:** 752 Forest Lane
Pottsville, PA 17901
Schuylkill County, Pennsylvania

## INCOMING FUNDS

| | | |
|---|---|---:|
| Scott Landmesser and Gracey Long | CASH FROM BUYER | 148,275.52 |
| **Number of Receipts: 1** | **Total Incoming Funds:** | **148,275.52** |

## DISBURSEMENTS

| | | | |
|---|---|---:|---:|
| Berkshire Hathaway HomeServices Homesale Realty | | | 2,380.00 |
|     Listing agent commission | | 4,380.00 | |
|     Deposit or earnest money | | (2,000.00) | |
| RealtyMark Associates | | | 5,005.00 |
|     Selling agent commission | | 4,380.00 | |
|     Broker fee | | 625.00 | |
| Dethlefs-Pykosh Law Group, LLC | | | 3,334.12 |
|     Document preparation | | 175.00 | |
|     Attorney's fees | | 2,000.00 | |
|     Owner's policy premium | | 1,094.12 | |
|     Wire fee | | 15.00 | |
|     Tax/utility certification | | 50.00 | |
| Fidelity National Title Insurance Company | Owner's policy premium | | 193.08 |
| Schuylkill County Recorder of Deeds | | | 3,016.75 |
|     Recording fees | | 86.75 | |
|     Recording fees | | 10.00 | |
|     City/County tax/stamps | | 1,460.00 | |
|     State tax/stamps | | 1,460.00 | |
| Schuylkill County Municipal Authority | Sewer service | | 1,107.43 |
| Blythe Township Water Authority | Water service | | 258.00 |
| Simplifile | Erecording fee | | 4.75 |
| Paul D. Murphy-Ahles | Notary fees | | 10.00 |
| Donna Stinson | Notary fee | | 25.00 |
| M&T Bank | Payoff of first mortgage loan | | 132,873.37 |
| John E. Sabol | CASH TO SELLER | | 68.02 |
| **Number of Disbursements: 12** | **Total Disbursements:** | | **148,275.52** |

Incoming Funds less Disbursements: $0.00

| | |
|---|---:|
| Total Incoming Funds for Order: | 148,275.52 |
| Total Disbursements for Order: | 148,275.52 |
| **Incoming Funds less Disbursements for Order:** | **$0.00** |

Printed on 01/19/24 at 8:01:52AM by kathryn.greene     20230180 / 27
Page 1 of 1
Case 5:23-bk-02015-MJC   Doc 36   Filed 01/22/24   Entered 01/22/24 14:10:41   Desc
Main Document   Page 4 of 4