# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John Edward Sabol,<br>**Debtor 1** | Chapter 13<br>Case No. 5:23−bk−02015−MJC |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on September 6, 2023. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 19, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| John Edward Sabol<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 5:23-BK-02015-MJC<br><br>**Matter:** Order Confirming Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 22, 2024, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    CACL Federal Credit Union
0314-5                                   Max Rosenn U.S. Courthouse               1800 West Market Street
Case 5:23-bk-02015-MJC                   197 South Main Street                    Pottsville, PA 17901-2002
Middle District of Pennsylvania          Wilkes-Barre, PA 18701-1500
Wilkes-Barre
Thu Dec  7 16:41:04 EST 2023

Capital Accounts, Inc                    Capital One Bank USA, NA                 Capital One N.A.
PO Box 680608                            PO Box 30285                             by American InfoSource as agent
Nashville, TN 37068-0608                 Salt Lake City, UT 84130-0285            PO Box 71083
                                                                                  Charlotte, NC  28272-1083

Credit Collection Bureau                 Credit Collection Services               Credit One Bank, NA
333 City Boulevard West                  725 Canton Street                        PO Box 98875
Orange, CA 92868-2903                    PO Box 607                               Las Vegas, NV 89193-8875
                                         Norwood, MA 02062-0607

Directv, LLC                             Genesis FS Card Services                 KML Law Group, PC
by American InfoSource as agent          PO Box 4499                              BNY Mellon Independence Center
PO Box 5072                              Beaverton, OR 97076-4499                 701 Market Street, Suite 5000
Carol Stream, IL  60197-5072                                                      Philadelphia, PA 19106-1541

LAKEVIEW LOAN SERVICING, LLC             LVNV Funding, LLC                        Lakeview Loan Servicing, LLC
c/o M&T Bank                             Resurgent Capital Services               4425 Ponce DeLeon Boulevard
P.O. Box 840                             PO Box 10587                             Mail Stop MS 5-251
Buffalo, NY 14240-0840                   Greenville, SC 29603-0587                Miami, FL 33146-1837

LendingPoint, LLC                        M&T BANK                                 M&T Bank
1201 Roberts Boulevard NW #200           PO Box 1508, Buffalo, NY 14240           Attn: Legal Document Processing
Kennesaw, GA 30144-3612                                                           626 Commerce Drive
                                                                                  Amherst, NY 14228-2391

Mariner Finance                          Midland Credit Management, Inc.          National Recovery Agency
8211 Town Center Drive                   PO Box 2037                              2491 Paxton Street
Nottingham, MD 21236-5904                Warren, MI 48090-2037                    Harrisburg, PA 17111-1036

Nelnet                                   PPL Electric Utilities                   Quantum3 Group LLC as agent for
121 South 13th Street                    2 North 9th Street                       CF Medical LLC
PO Box 82561                             CPC-GENN1                                PO Box 788
Lincoln, NE 68501-2561                   Allentown, PA 18101-1139                 Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for          Quantum3 Group LLC as agent for          Schuylkill County Municipal Authority
Concora Credit Inc.                      Sadino Funding LLC                       221 S. Centre St.
PO Box 788                               PO Box 788                               Pottsville, PA 17901-3506
Kirkland, WA  98083-0788                 Kirkland, WA 98083-0788

Schuylkill CountyMunicipal Authorit      US DEPARTMENT OF EDUCATION               United States Trustee
221 South Centre Street                  121 S. 13TH STREET                       US Courthouse
Pottsville, PA 17901-3506                LINCOLN, NE 68508-1904                   1501 N. 6th St
                                                                                  Harrisburg, PA 17102-1104
```

Case 5:23-bk-02015-MJC    Doc 37    Filed 01/22/24    Entered 01/22/24 16:37:05    Desc
Main Document    Page 3 of 5

| | | |
|---|---|---|
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | (p)JACK N   ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| John Edward Sabol<br>752 Forest Lane<br>Pottsville, PA 17901-8319 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)LAKEVIEW LOAN SERVICING, LLC | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     1<br>Total                  35 |