# LOCAL BANKRUPTCY FORM 2016-2(b)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN EDWARD SABOL

CHAPTER 13

Debtor(s)   CASE NO. 5:23-BK-02015-MJC

## APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

*(Name of applicant)* Paul D. Murphy-Ahles applies for approval of compensation as Chapter 13 Debtor(s)' counsel and for reimbursement of expenses pursuant to 11 U.S.C. § 330 as follows:

1. Applicant is counsel for Debtor(s) John Edward Sabol

2. Debtor(s) filed a petition for bankruptcy relief on 09/06/2023 *(date)*.

3. Applicant previously filed a Disclosure of Compensation of Attorney for Debtor(s) pursuant to Fed. R. Bankr. P. 2016(b), which is attached as Exhibit "A" to this Application.

4. This Application is Final *(state whether an interim or final application)*.

5. (*Check all applicable items*)
   ✔ a. Debtor(s)' Chapter 13 Plan was confirmed on 01/18/2024 *(date)*.

   ✔ b. The order approving the last post-confirmation modification on Debtor(s)' confirmed Chapter 13 plan was entered on _____ *(date)*.

   ☐ c. Debtor(s) have not confirmed a Plan.

6. The dates and amounts of previous compensation paid are:
   a. as a retainer $368.00 paid on 08/17/2023 *(list dates and amounts)*;

   b. paid by the Chapter 13 Trustee through a confirmed Plan *(list dates and amounts)*;
   N/A

   c. other
   *(describe source, amount and date paid)*.

7. Compensation previously approved by the Court following the filing of an interim Application are: *(dates and amounts)*

   N/A

Rev. May 1, 2022

8. If Applicant has not agreed with Debtor(s) to accept the Presumptively Reasonable Fee ("PRF"), or is filing a supplemental fee application, Applicant requests compensation in the amount of $ 2,000.00 and reimbursement of expenses in the amount of $ 0.00 for the period of 12/01/2023 to 01/23/2024. A chronological listing of services performed and itemization of expenses for which reimbursement is requested for this time is attached as Exhibit "B" to this Application.

9. Legal services were performed by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B."

10. *(Check one)*

    [✔] Debtor(s) have reviewed this Application prior to its filing and have approved the requested amounts.

    [ ] Debtor(s) have reviewed this Application prior to its filing and have not approved the requested amounts.

    [ ] Debtor(s) have not reviewed this Application prior to its filing.

    [ ] Debtor(s) have not approved the requested amounts.

11. Objections are pending to the following prior fee applications: (*list date application was filed and name of objector, if no objections pending state "none"*).

    N/A

WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $ 2,000.00 and reimbursement of expenses in the amount of $ 0.00 pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim orders are final.

Dated: 02/03/2024

/s/ Paul D. Murphy-Ahles
Applicant's Signature

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  John Edward Sabol                                      Case No.  5:23-BK-02015-MJC
                    Debtor(s)                                 Chapter   13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 5,000.00 |
   | Prior to the filing of this statement I have received | $ 368.00 |
   | Balance Due | $ 4,632.00 |

2. $ 313.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      meetings and routine correspondence in connection with the above services.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   rescheduled or continued 341(a) Meeting of Creditors; creditor maintenance after the filing of Voluntary Petition; Motion(s) for Relief from the Automatic Stay; Motion(s) to Dismiss; Adversary Proceeding(s); Discharge Litigation(s); Motion(s) to Modify Plan(s); Motion(s) to Reconsider; Motion to Convert Case; Motions(s) to Sell Property; Reaffirmation Agreement(s); US Trustee inquiry

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____         /s/ Paul D. Murphy-Ahles
Date                            Paul D. Murphy-Ahles 201207
                                *Signature of Attorney*
                                DETHLEFS PYKOSH & MURPHY
                                2132 Market Street
                                Camp Hill, PA 17011
                                (717) 975-9446  Fax: (717) 975-2309
                                pmurphy@dplglaw.com
                                *Name of law firm*

 

INVOICE

Invoice # 17587  
Date: 02/03/2024  
Due Upon Receipt

2132 Market Street  
Camp Hill, PA 17011  
Phone: (717) 975-9446  
Fax: (717) 975-2309  
Email: info@dplglaw.com  
www.dplglaw.com

Mr. John Edward Sabol  
752 Forest Lane  
Pottsville, PA 17901

## 07220-Sabol

## Chapter 13 Bankruptcy

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/01/2023 | PDM | A107 (UK) Communicate (Other Party(s)/other outside lawyers) L120 Analysis/Strategy: telephone converstaion with David O'Leary regarding Court procedure and timeline, sale of client's home, and anticipated date on market | 0.30 | $400.00 | $120.00 |
| 12/01/2023 | PDM | A106 Communicate (with client) L120 Analysis/Strategy: telephone converstaion with client regarding Court procedure and timeline, sale of client's home, and anticipated date on market | 0.30 | $400.00 | $120.00 |
| 12/06/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Standard Agreement for the Sale of Real Estate for sale of 752 Forst Lane, Pottsville, Schuylkill County, Pennsylvania | 0.30 | $400.00 | $120.00 |
| 12/06/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Motion for Sale of Property and proposed Order pursuant to Standard Agreement for the Sale of Real Estate | 0.80 | $400.00 | $320.00 |
| 12/06/2023 | KSG | A110 Manage data/files L140 Document/File Management: finalize Motion for Sale of Property and proposed Order; file same with Court | 0.20 | $150.00 | $30.00 |
| 12/06/2023 | PDM | A106 Communicate (with client) L120 Analysis/Strategy: telephone conversation with client regarding offer to purchase home, discuss timeline, and processs for settlement and Court approval of sale | 0.20 | $400.00 | $80.00 |
| 12/06/2023 | PDM | A129 (UK) Communicate (with Outside Counsel) L120 Analysis/Strategy: telephone conversation with David O'Leary regarding offer to purchase home, discuss timeline, and processs for settlement and Court approval of sale | 0.20 | $400.00 | $80.00 |
| 12/07/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Order setting response deadline and hearing date | 0.20 | $400.00 | $80.00 |
| 12/07/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft Notice, Certificate of Service of Motion and associated docs, and Certificate of Service of Order | 0.40 | $150.00 | $60.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | setting response deadline and hearing date | | | |
| 12/07/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Notice, Certificate of Service of Motion and associated docs, and Certificate of Service of Order setting response deadline and hearing date; file same with Court and serve creditors | 0.40 | $150.00 | $60.00 |
| 12/14/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Answer to Motion for Relief filed by Lakeview Loan Servicing | 0.30 | $400.00 | $120.00 |
| 01/09/2024 | PDM | A104 Review/analyze L140 Document/File Management: review email from Michael Farrington, counsel for Lakeview Loan Servicing, regarding withdrawal of Answer to Motion for Sale of Property | 0.20 | $400.00 | $80.00 |
| 01/10/2024 | PDM | A104 Review/analyze L140 Document/File Management: review Lakeview Loan Servicing's Withdrawal of Answer to Motion for Sale of Property | 0.10 | $400.00 | $40.00 |
| 01/10/2024 | PDM | A101 Plan and prepare for L450 Trial and Hearing Attendance: preparation for hearing (review Motion, proposed Order, agreement of sale, etc.) on Motion for Sale of Property | 0.40 | $400.00 | $160.00 |
| 01/11/2024 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend hearing regarding Motion for Sale of Property | 0.80 | $400.00 | $320.00 |
| 01/11/2024 | PDM | A104 Review/analyze L140 Document/File Management: review Order approving Motion for Sale of Property | 0.20 | $400.00 | $80.00 |
| 01/11/2024 | PDM | A107 (UK) Communicate (Other Party(s)/other outside lawyers) L120 Analysis/Strategy: telephone conversation with David O'Leary regarding Order granting Motion for Sale of Property and timeline of settlement | 0.30 | $400.00 | $120.00 |
| 01/23/2024 | KSG | A107 (UK) Communicate (Other Party(s)/other outside lawyers) L140 Document/File Management: distribute Order approving Motion for Sale of Property to real estate agents | 0.10 | $150.00 | $15.00 |
| | | | | **Subtotal** | **$2,005.00** |
| | | | | **Total** | **$2,005.00** |

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John Edward Sabol<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 5:23-BK-02015-MJC<br><br>**Matter:** Application for Compensation and Reimbursement of Expenses |

## NOTICE

Notice is hereby given that:

The Debtor(s) filed a Chapter 13 Bankruptcy Petition on **September 6, 2023**.

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Sylvia H. Rambo US Courthouse**<br>**1501 North Sixth Street, Courtroom 4B**<br>**Harrisburg, PA 17102** | **Date: February 29, 2024**<br><br>**Time: 10:00 AM** |

Any objection/response to the above-referenced matter must be filed and served on or before **February 24, 2024.**

If service was properly made and Respondent(s) fail to file any objection/response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Date: February 3, 2024

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John Edward Sabol<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 5:23-BK-02015-MJC<br><br>**Matter:** Application for Compensation and Reimbursement of Expenses |

### ORDER OF COURT

UPON CONSIDERATION of Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expense ("Application") filed by Debtor(s)' counsel ("Applicant"), it is HEREBY ORDERED that

1. The Application is GRANTED; and

2. Compensation is ALLOWED in favor of Applicant in the amount of $2,000.00; and

3. Applicant is authorized to release the payment of $2,000.00 from their escrow account as funds received.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| John Edward Sabol | **Chapter** 13 |
| **Debtor 1** | **Case No.** 5:23-BK-02015-MJC |
| | **Matter:** Application for Compensation and Reimbursement of Expenses |

### CERTIFICATE OF SERVICE

I hereby certify that on Saturday, February 3, 2024, I served a true and correct copy of the **Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-5
Case 5:23-bk-02015-MJC
Middle District of Pennsylvania
Wilkes-Barre
Thu Dec  7 16:41:04 EST 2023

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

CACL Federal Credit Union
1800 West Market Street
Pottsville, PA 17901-2002

Capital Accounts, Inc
PO Box 680608
Nashville, TN 37068-0608

Capital One Bank USA, NA
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Credit Collection Bureau
333 City Boulevard West
Orange, CA 92868-2903

Credit Collection Services
725 Canton Street
PO Box 607
Norwood, MA 02062-0607

Credit One Bank, NA
PO Box 98875
Las Vegas, NV 89193-8875

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL  60197-5072

Genesis FS Card Services
PO Box 4499
Beaverton, OR 97076-4499

KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

LAKEVIEW LOAN SERVICING, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
4425 Ponce DeLeon Boulevard
Mail Stop MS 5-251
Miami, FL 33146-1837

LendingPoint, LLC
1201 Roberts Boulevard NW #200
Kennesaw, GA 30144-3612

M&T BANK
PO Box 1508, Buffalo, NY 14240

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2391

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Nelnet
121 South 13th Street
PO Box 82561
Lincoln, NE 68501-2561

PPL Electric Utilities
2 North 9th Street
CPC-GENN1
Allentown, PA 18101-1139

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Schuylkill County Municipal Authority
221 S. Centre St.
Pottsville, PA 17901-3506

Schuylkill CountyMunicipal Authorit
221 South Centre Street
Pottsville, PA 17901-3506

US DEPARTMENT OF EDUCATION
121 S. 13TH STREET
LINCOLN, NE 68508-1904

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

| Verizon | Verizon Wireless | (p)JACK N  ZAHAROPOULOS |
| by American InfoSource as agent | PO Box 25505 | ATTN CHAPTER 13 TRUSTEE |
| PO Box 4457 | Lehigh Valley, PA 18002-5505 | 8125 ADAMS DRIVE SUITE A |
| Houston, TX  77210-4457 | | HUMMELSTOWN PA 17036-8625 |

| John Edward Sabol | Paul Donald Murphy-Ahles |
| 752 Forest Lane | Dethlefs Pykosh & Murphy |
| Pottsville, PA 17901-8319 | 2132 Market Street |
| | Camp Hill, PA 17011-4706 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35